UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Laurie M. Traub,

        Plaintiff,

v.

City of Saint Paul, City of Saint
Paul Park, City of Hastings,
City of Farmington, City of
Burnsville, County of Aitkin,
County of Dakota, County of
Sherburne and John Does 1-8.,

        Defendants.

Civil No. 13-3017 MJD/JJK

**<u>ORDER ON
DEFENDANTS' MOTIONS
TO DISMISS</u>**

---

    A.L. Brown, Esq., Capitol City Law Group, LLC, counsel for the Plaintiff;

    Adam Matthew Niblick, Esq., Saint Paul City Attorney's Office, counsel for Defendant City of Saint Paul;

    Stephanie A. Angolkar, Esq., Iverson Reuvers Condon, counsel for Defendant Cities of Saint Paul Park, Farmington, Burnsville, and Hastings;

    Margaret A. Skelton, Esq., Ratwik Roszak & Maloney, counsel for Defendants Aitkin County and Sherburne County;

    Amelia N. Jadoo, Esq., Dakota County Attorneys' Office, counsel for Defendant Dakota County.

---

    Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated June 6, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Cities of Saint Paul Park, Farmington, Burnsville, and Hastings Motion to Dismiss and/or Sever (Docket No. 14) is **GRANTED in part and DENIED as moot in part**. The motion to dismiss is granted and the alternative motion to sever is denied as moot;

2. Defendant Dakota County's Motion to Dismiss (Doc. No. 21) is **GRANTED**;

3. Defendant City of Saint Paul's Motion to Dismiss (Doc. No. 47) is **GRANTED in part and DENIED as moot in part**. The motion to dismiss is granted and the alternative motion to sever is denied as moot;

4. Defendants Aitkin and Sherburne Counties' Motion for Judgment on the Pleadings (Doc. No. 51) is **GRANTED**; and

5. This matter is **DISMISSED WITH PREJUDICE**.

Dated: June 25, 2014

                                                            s/Michael J. Davis
                                                            Michael J. Davis
                                                            U.S. District Court Chief Judge